IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 3:17-CV-521-WKW |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Before the court is Plaintiff David Jackson and Defendant Experian Information Solutions, Inc.'s Joint Stipulation of Dismissal with Prejudice of Experian Only. (Doc. # 33.) The stipulation has been signed by each remaining party[1] (Doc. # 1, at 2), and thus satisfies the requirements of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, Plaintiff's action against Defendant Experian Information Solutions, Inc., has been dismissed with prejudice by operation of Rule 41(a)(1) on the terms agreed to and set out by the parties. The Clerk of the Court is DIRECTED

---

[1] Equifax Information Services, LLC, was dismissed from this case on October 4, 2017. (Doc. # 30.)

to terminate Experian Information Systems, Inc. as a Defendant in this action. This lawsuit remains pending as to Plaintiff's claims against Defendants Trans Union, LLC, and Navy Federal Credit Union.

DONE this 15th day of November, 2017.

/s/ W. Keith Watkins<br>CHIEF UNITED STATES DISTRICT JUDGE