**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| DAVID JACKSON, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 3:17-CV-521 |
| vs. ) | |
| ) | |
| NAVY FEDERAL CREDIT UNION, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## OF TRANS UNION

COMES NOW Plaintiff David Jackson ("Plaintiff") and Defendant, Trans Union, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff's claims in this matter against Trans Union, LLC, with each such party to bear his or its own fees, costs, and expenses.

I, Reginald D. McDaniel, counsel for Plaintiff, David Jackson, hereby represent and certify that I have the express consent and permission to affix the electronic signature Matthew W. Robinett, counsel for Defendant, Trans Union, LLC, to this stipulation.

Respectfully submitted this 16th day of April, 2018.

| | |
|---|---|
| /s/ Reginald D. McDaniel | /s/ Matthew W. Robinett |
| Reginald D. McDaniel | Matthew W. Robinett |
| McDaniel Law Firm LLC | Norman, Wood, Kendrick & Turner |
| 401 37th Street South | 1130 22nd Street South, Suite 3000 |
| Birmingham, Alabama  35222 | Birmingham, Alabama  35205 |
| Telephone:  (205) 222-8656 | Telephone:  (205) 328-6643 |
| Facsimile:   (888) 357-8447 | Facsimile:  (205) 251-5479 |
| Email:  rmcdaniellaw@gmail.com | Email:  mrobinett@nwkt.com |
| *Attorney for Plaintiff* | *Attorney for Defendant, Trans Union, LLC* |