IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 3:17-CV-521-WKW |
| TRANS UNION, LLC, | ) ) ) | |
| Defendant. | ) | |

# **ORDER**

Before the court is Plaintiff David Jackson and Defendant Trans Union, LLC's Joint Stipulation of Dismissal with Prejudice of Trans Union. (Doc. # 41.) The stipulation has been signed by each remaining party[1] (Doc. # 41, at 1), and thus satisfies the requirements of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, Plaintiff's action against Defendant Trans Union, LLC, has been dismissed with prejudice by operation of Rule 41(a)(1) on the terms agreed to and set out by the parties. The Clerk of the Court is DIRECTED to terminate Trans Union, LLC, as a Defendant in this action. Because each of the other Defendants

---

[1] Equifax Information Services, LLC, was dismissed from this case on September 29, 2017. (Doc. # 28; *see also* Doc. # 30.) Experian Information Solutions, Inc., was dismissed from this case on November 8, 2017. (Doc. # 33; *see also* Doc. # 35.) Navy Federal Credit Union was dismissed from this case on January 5, 2018. (Doc. # 38; *see also* Doc. # 39.)

has already been dismissed, *supra* n.1, the Clerk of Court is further DIRECTED to close this case.

DONE this 18th day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE